JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA,<br><br>        Defendant.<br><br>ANNA MANUKYAN,<br><br>        Titleholder. | NO. 2:21-cv-08028-SVW-KS<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

1

Plaintiff and claimant United Wholesale Mortgage, LLC ("claimant"), have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, **HEREBY ORDERS ADJUDGES AND DECREES**:

1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Claimant United Wholesale Mortgage, LLC, claims an interest in the defendant property, has filed a claim in this case, but has not yet answered the complaint. No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. This Court has jurisdiction over the parties to this judgment and the defendant property. Any potential claimants to the defendant property other than claimant are deemed to have admitted the allegations of the complaint with respect to the defendant property.

2. The United States of America shall have judgment as to the defendant property, and, other than those interests recognized herein, no other person or entity shall have any right, title or interest therein. The legal description of the defendant property, which property has Assessor Parcel Number 2149-011-018, is more fully described as follows:

The real property in the City of Los Angeles, County of Los

Angeles, State of California, described as:

Lot 76 of Tract No. 25326, in the City of Los Angeles, County of Los Angeles, State of California, as per Map recorded in Book 668, Pages 62 to 65 inclusive of Maps, in the Office of the County Recorder of said County.

3. The United States is hereby authorized to remove any occupants and/or personal property remaining on the defendant property thirty days after the giving of written notice to any occupants of the defendant property without further order of this Court. The United States shall thereafter sell the property as expeditiously as possible. The proceeds of the sale shall be distributed in the following priority, to the extent proceeds are available:

    a. To the United States for its costs and expenses of the sale only (i.e. broker sales commission, any eviction and property maintenance fees);

    b. To the Los Angeles County Assessor and Tax Collector of all unpaid real property taxes assessed against the defendant property to the date of entry of the Judgment of Forfeiture;

    c. To United Wholesale Mortgage, LLC, for unpaid principal, interest, fees and costs due under the Note which is secured by the Deed of Trust recorded as Instrument No. 20200679188 against the defendant property identifying MERS, Inc, as Nominee for United Wholesale Mortgage as Beneficiary, and specifically in the amount of $776,319.28; and

     d. The balance shall be paid and forfeited to the United States of America, and such funds shall be disposed of according to law.

  4. Claimant has released the United States of America, its agencies, agents, and officers, including but not limited to employees and agents of the Internal Revenue Service, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of potential claimant against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise.  Claimant has also waived any rights they may have to seek remission or mitigation of the forfeiture.

//
//
//

5. The Court finds that there was reasonable cause for the institution of these proceedings pursuant to 28 U.S.C. § 2465. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: January 8, 2022

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Prepared by:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ Dan G. Boyle
DAN G. BOYLE

Assistant United States Attorney
Asset Forfeiture Section